# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:25-cv-01097-DTB**                                    Date: **July 17, 2025**

Title:  **Maria Pacheco v. Genesis Supreme RV, Inc.**

===============================================================

**DOCKET ENTRY**

===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                         None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  See Fed. R. Civ. P. 4(m).  Although Defendant has appeared in this action, filing an Answer of July 16, 2025, Plaintiff has failed to file a proof of service. Pursuant to Central District of California Local Rule 4-6, Plaintiff must file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgement of service and failure to file a timely proof of service may result in the imposition of sanctions against Plaintiff, including but not limited to the dismissal of the defendant that was the subject of the proof of service.

Plaintiff is ORDERED to file a proof of service on or before July 25, 2025.

**IT IS SO ORDERED.**